```
                      UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF TEXAS
                           FORT WORTH DIVISION

IOU CENTRAL, INC.              §
d/b/a IOU FINANCIAL            §
                               §
VS.                            §    CIVIL NO. 4:21-CV-00144-Y
                               §
PREMIER PAVING GP.             §
INC., et al.                   §
```

ORDER EXTENDING DEFENDANTS' TIME TO RESPOND

Before the Court is Defendants' Motion for Extension of Time for Defendants to Respond to Plaintiff's Complaint. (Doc. no. 7.) Having considered Defendants' unopposed motion and the papers on file, the Court concludes that the motion should be and it hereby is **GRANTED**. Accordingly, Defendants must respond to Plaintiff's complaint by **March 24, 2021.**

SIGNED March 15, 2021.

/s/ Terry R. Means
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

ORDER EXTENDING DEFENDANTS' TIME TO RESPOND – PAGE 1