UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IOU CENTRAL, INC.             §
d/b/a IOU FINANCIAL           §
                              §
VS.                           §     CIVIL NO. 4:21-CV-00144-Y
                              §
PREMIER PAVING GP.            §
INC., et al.                  §

### ORDER GRANTING PRO HAC VICE ADMISSION
### AND REQUIRING DEFENDANT TO RETAIN LOCAL COUNSEL

The Court has considered the application for admission *pro hac vice* of SHIMSHON WEXLER (docs. nos. 4, 5). The application is **GRANTED**. The clerk of Court shall deposit the application fee to the account of the non-appropriated fund of this Court. Further, if Applicant has not already done so, he must register as an ECF user no later than March 30, 2021, through the Court's website. Failure to do so may result in the revocation of the *pro hac vice* status and Applicant's withdrawal from the case. See LR 5.1.

In addition, the Court has considered Defendants' motion for leave to proceed without local counsel. (Doc. no. 6.) The motion fails to raise grounds that merit departure from the Local Rule 83.10, and therefore, the motion is **DENIED**. As a result, Defendants are **ORDERED** retain and file the entry of appearance of local counsel within fourteen days of this order. LR 83.10(a). Failure to do so may result in the imposition of sanctions and/or

Defendants' pleadings being stricken and default taken against Defendants without further notice.

SIGNED March 16, 2021.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE