UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IOU CENTRAL, INC. d/b/a IOU FINANCIAL | § § § | |
| VS. | § § | CIVIL NO. 4:21-CV-00144-Y |
| PREMIER PAVING GP. INC., et al. | § § | |

**ORDER REQUIRING PLAINTIFF'S COMPLIANCE WITH LOCAL RULE 83.10(a)**

On February 11, 2021, the above-styled and -numbered cause was filed in the Northern District of Texas, Fort Worth Division, and randomly assigned to the undersigned judge. Attorney Paul G. Wersant made an appearance on Plaintiff's behalf by filing the complaint. Local Civil Rule 83.10(a) requires local counsel in all cases where an attorney appearing in a case does not reside or maintain an office in this district.[1] Accordingly, Plaintiff must designate local counsel[2] or file a motion to waive local counsel no later than **March 30, 2021**. Failure to do so may result in the imposition of sanctions and/or the dismissal of this case without prejudice and without further notice.

SIGNED March 16, 2021.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1] "Local counsel" means a member of the bar of this Court who resides or maintains an office within 50 miles of the division in which the case is pending. See Local Civil Rule 83.10(a) for more information. If counsel also maintains an office within 50 miles of this Court, he should file a notice so stating the local address and must use that address on his filings.

[2] Local counsel must also be registered as an electronic case filer and admitted to practice in the Northern District of Texas.