UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IOU CENTRAL, INC. | § | |
| d/b/a IOU FINANCIAL | § | |
| | § | |
| VS. | § | CIVIL NO. 4:21-CV-144-Y |
| | § | |
| PREMIER PAVING GP. | § | |
| INC., et al. | § | |

## ORDER DENYING MOTIONS AS MOOT

On February 11, 2021, plaintiff IOU Central Inc. filed its original complaint in this Court.  (Doc. no. 1.)  On March 10, Defendants filed a motion to dismiss.  (Doc. no 8.)  On April 12, IOU Central filed a "Notice of Voluntary Dismissal of Entire Case Without Prejudice Including Withdrawal of Motion [Doc 10]."  (Doc. no. 21.)

The Federal Rules of Civil Procedure allow a plaintiff to dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ."  FED. R. CIV. P. 41(a)(1)(A)(i).  Under that rule, the Fifth Circuit held that "a plaintiff has an absolute right to dismiss a lawsuit before the defendant has filed an answer or summary judgment motion."  *Carter v. United States*, 547 F.2d 258, 259 (5th Cir. 1977).  A defendant's motion to dismiss is not the "equivalent of an answer."  *Id.*

In the present case, IOU Central filed its notice of dismissal on April 12, 2021 (doc. no. 21).  Therefore, as of that date, this

case was **DISMISSED without prejudice**. Accordingly, both Defendant's motion to dismiss (doc. no. 8) and Plaintiff's motion (doc. no. 10) are **MOOT** and therefore **DENIED**.

SIGNED April 22, 2021.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE